IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No.: 1:09-cr-00491-SCJ-LTW-13 |
| | **CONSENT TO PROTECTIVE ORDER** |
| v. | |
| ROMAN SELEZNEV, | |
| Defendant. | |

The Defendant, Roman Seleznev, by and through his attorney, Igor Litvak and Leonard Louis Franco, hereby consents to the entry of Protective Order proposed by Government.

The Defendant was charged with one count of Attempt and Conspiracy to Commit Fraud, in violation of 18 U.S.C. 1349, one count of Bank Fraud, in violation of 18 U.S.C. 1344, and five counts of Wire Fraud, in violation of 18 U.S.C. 1343.

On June 6, 2017, this court granted Defendant counsel's application for Pro Hac Vice Admission.  Hereby Defendant Roman Seleznev, by and through his attorneys, Igor Litvak and Leonard Louis Franco, agrees that in light of the

facts of this case the Protective Order is warranted and he consents to the entry of Protective Order proposed by Government.

**WHEREFORE,** based on all the reasons set forth above, the Defendant respectfully requests that the Court enter the Protective Order proposed by the Government.

Dated:   Brooklyn, New York
         June 12, 2017

                            Respectfully submitted,

                            /s/ Leonard Franco_____
                            Leonard Louis Franco, Esq.
                            The Franco Law Firm, PC
                            1800 Peachtree St., NW
                            Suite 300
                            Atlanta, GA 30309
                            Tel: 404-875-1300
                            Email: lfrancolawfirm@aol.com

## **Certificate of Service**

I hereby certify that the foregoing has been formatted in Times Roman 14 pt., in accordance with Local Rule 5.1B, and was filed this day with the Clerk of Court electronically using the CM/ECF system which will automatically sent email notification of such filing to counsel of record.

Dated:   June 12, 2017

/s/ Leonard Franco_____
Leonard Louis Franco, Esq.
*Attorneys for Defendant ROMAN SELEZNEV*